THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| VIDANGEL, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>CLEARPLAY, INC.,<br><br>    Defendant. | **MEMORANDUM DECISION AND ORDER GRANTING [178] JOINT MOTION TO WITHDRAW REFERENCE PURSUANT TO 28 U.S.C. § 157(d)**<br><br>Case No. 2:14-cv-00160-DBB<br><br>District Judge David Barlow |

This matter is before the Court on the parties' [178] Joint Motion to Withdraw Reference Pursuant to 28 U.S.C. § 157(d) (the "Motion").[1] Having reviewed the Motion, and for good cause appearing, IT IS HEREBY ORDERED that the Motion is GRANTED. The bankruptcy reference of the pending adversary proceeding (No. 20-02102) is withdrawn. All further proceedings concerning ClearPlay's claims of patent infringement shall proceed in this Court.

IT IS FURTHER ORDERED that the parties shall meet and confer with one another and submit a status report to the Court within thirty (30) days. The status report shall include:

(1)  Identification of each party's remaining claims, including the patent number, asserted claim number, and accused infringing product or service for any patent infringement claims; and

---

[1] ECF No. 178, filed January 25, 2020. The parties' original Motion was filed in Civil No. 2-20-cv-00877, which was consolidated with this case. *See* Order of Consolidation, ECF No. 177, filed January 25, 2021.

(2)     A proposed scheduling order that addresses all remaining discovery, dispositive motions, trial, and related proceedings.

Signed April 20, 2021.

BY THE COURT

_____
David Barlow
United States District Judge